IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:07CR364 |
| vs. | ) | |
| | ) | ORDER |
| **FNU LNU, a/k/a Chava,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion [13] of Mary C. Gryva for leave to withdraw as counsel for the defendant. Substitute counsel, J. William Gallup, has entered an entry of appearance [12].

**IT IS ORDERED:**

1. The Motion to Withdraw [13] is granted, and the appearance of Mary C. Gryva is hereby deemed withdrawn.

2. The provisions and deadlines set in the case progression order [7] remain in effect.

**DATED November 5, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**